UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BETTY ROBERTS,

       Plaintiff,

       v.

GARDEN STATE LIFE INSURANCE
COMPANY, a Texas corporation,

       Defendant.
_____

Civil No. 05-1122-PK

ORDER

HAGGERTY, Chief Judge:

      On September 25, 2006, Magistrate Judge Papak issued a Findings and Recommendation in this action [20], in which the Magistrate Judge recommended that Plaintiff Betty Roberts' Motion for Summary Judgment [13] should be granted. No objections were filed.

      The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations" made by a magistrate judge. 28 U.S.C. § 636(b)(1). Within ten days of being served with a copy of the Findings and Recommendation, any party may file written objections and the court shall make a *de novo* determination of those portions of the Findings and Recommendation to which objections are made. *Id.* When no timely objection is filed,

1   - ORDER

the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate.  *Thomas v. Arn,* 474 U.S. 140, 149-150 (1985); *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).  No clear error appears on the face of the record, and the court adopts the Magistrate's Findings and Recommendation.

## **CONCLUSION**

The Findings and Recommendation [20] is adopted in its entirety.

IT IS SO ORDERED.

Dated this   18th    day of October, 2006.


                                                                                 /s/ Ancer L. Haggerty
                                                                                ANCER L. HAGGERTY
                                                         United States District Judge